Michael J. Morrison, Esq. SBN 1665
1495 Ridgeview Drive, Suite 220
Reno, Nevada 89519
Telephone: (775) 827-6300
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL MILLENIUM MINING CORP., a corporation<br>Plaintiff,<br><br>vs.<br><br>PAUL MCMAHON, EXECUTOR OF THE ESTATE OF NADEAN YOVONNE BEDFORD, aka NADEAN YVONNE BEDFORD, aka NADEAN Y. BEDFORD; KIMI DIAZ, an individual; DOES 1-5; and BLACK CORPORATIONS 1-5,<br><br>Defendants.<br>_____/ | **Case No. 3:08-cv-30-ECR-RAM**<br><br>**STIPULATION FOR DISMISSAL**<br><br>**(WITH PREJUDICE)**<br><br>ORDER GRANTING |

**COME NOW** Plaintiff and Defendants, by and through their respective undersigned counsel, and stipulate that this action is hereby dismissed, as to all parties and all claims, with prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

The parties acknowledge that this Dismissal is pursuant to a separate Settlement Agreement entered into by the parties.

                                **SO STIPULATED:**

                                MICHAEL J. MORRISON, CHTD.
                                Attorney for Plaintiff

                                  /s/Michael J. Morrison

Dated: October 21, 2010   By: _____

                                HAWKINS, FOLSOM & MUIR
                                Attorneys for Defendant Diaz

                                  /s/Gordon Muir

Dated: October 21, 2010   By: _____

                                JOE E. COLVIN, ESQ.
                                Attorney for Defendant
                                Executor/Estate

                                /s/Joe Colvin

Dated: October 21, 2010   By: _____

**IT IS SO ORDERED.**

                       By: *Edward C. Reed*

                                U.S. DISTRICT JUDGE

             Dated: __October 25_____, 2010